UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEVENTH GENERATION, INC., <br><br>                               Movant, <br><br> v. <br><br> GENERATION GOOD, N.F.P., <br><br>                               Respondent. | CASE NO.  1:17-mc-00333 <br><br> CASE PENDING IN NORTHERN DISTRICT OF ILLINOIS: <br> No. 1:16-cv-9358 |

### NOTICE OF SEVENTH GENERATION, INC.'S RULE 45 MOTION TO QUASH AND/OR MODIFY SUBPOENA SERVED BY RESPONDENT ON THIRD PARTY SOCIAL MEDIA LINK, LLC

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Seventh Generation, Inc.'s ("Seventh Generation") Rule 45 Motion to Quash and/or Modify Subpoena Served by Respondent on Third Party Social Media Link, LLC, and (2) Declarations of Maureen Wolpert and Karen Tyler with exhibits thereto, Seventh Generation moves this Court for an Order, pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing or modifying the subpoena served by Respondent Generation Good, N.F.P. on third-party Social Media Link, LLC in the action pending in the United States District Court for the Northern District of Illinois, *Generation Good, N.F.P. v. Seventh Generation, Inc.*, No. 1:16-cv-9358 (the "Action").

This Motion is supported by the accompanying Memorandum of Law, the Declarations of Maureen Wolpert and Karen Tyler, with the exhibits thereto, the record in the Action, facts of which this Court may take judicial notice, and any other papers submitted in support of the Motion.

Dated: September 7, 2017

                             **Baker & McKenzie LLP**

                      By:   s/Jacob M. Kaplan
                            Jacob M. Kaplan
                            Baker & McKenzie LLP
                            452 Fifth Avenue
                            New York, NY 10018
                            Telephone: (212) 626-4100
                            Fax: (212) 310-1600
                            Email: jacob.kaplan@bakermckenzie.com

                            *Attorney for Movant*
                            *Seventh Generation, Inc.*