**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEVENTH GENERATION, INC.,<br>　　　　　　　　　　Movant,<br><br>　　　　v.<br><br>GENERATION GOOD, N.F.P.,<br>　　　　　　　　　　Respondent. | CASE NO. _____<br><br>CASE PENDING IN NORTHERN DISTRICT OF ILLINOIS:<br>No. 1:16-cv-9358 |

**CERTIFICATE OF FILING AND SERVICE**

　　　　The undersigned attorney certifies that on September 7, 2017, he caused to be electronically filed Movant Seventh Generation, Inc.'s Memorandum of Law in Support of Seventh Generation, Inc.'s Rule 45 Motion to Quash and/or Modify Subpoena Served by Respondent Generation Good, N.F.P. on Social Media Link, LLC and Notice of Motion to Quash using the CM/ECF system, which caused the same to be served on the following attorneys of record:

NORVELL IP LLC
Joseph V. Norvell
Joseph T. Kucala
Tom Monagan
Sarah Ferguson
1776 Ash Street
Northfield, Illinois 60093
Attorneys for Generation Good, NFP

Cc:
Florence M. Craig
John Crossman
Zukerman Gore Brandeis & Crossman, LLP
Eleven Times Square
New York, New York 10036
Attorneys for Social Media Link, LLC


　　　　s/Jacob Kaplan
　　　　Jacob M. Kaplan
　　　　Baker & McKenzie LLP
　　　　452 Fifth Avenue
　　　　New York, NY 10018
　　　　Telephone:  (212) 626-4100
　　　　Fax:  (212) 310-1600
　　　　Email: jacob.kaplan@bakermckenzie.com

　　　　*Attorney for Movant*
　　　　*Seventh Generation, Inc.*