**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**SEVENTH GENERATION, INC.,**

       - against -                            17-mc-333 (JGK)

**GENERATION GOOD, N.F.P.**                 <u>ORDER</u>

————————————————————————

**JOHN G. KOELTL, District Judge:**

    Both underlying motions having been withdrawn, the Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York
April 16, 2020**        <u>  /s/ John G. Koeltl  </u>
                                          **John G. Koeltl
United States District Judge**